# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,                  Criminal No. 3:95-71 (1) (RHK)

        Plaintiff,                            **ORDER**

vs.

Kenneth Jones,

        Defendant.

---

Defendant's Motion to Unseal Documents/Records (Doc. No. 232) is **DENIED**.

Dated: January 11, 2010

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge