UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 3:95-71 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Kenneth Wendell Jones, | |
| Defendant. | |

___

This matter is before the Court on the Government's second request for an extension of time to file its response to Defendant Kenneth Jones's third Motion for Compassionate Release. The Court finds that such an extension is warranted.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Government's Motion (Docket No. 389) is **GRANTED**;

2. The Government's response is due on November 7, 2025; and

3. Any reply is due December 16, 2025.

Dated: November 6, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge