UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Crim. No. 3-95-71(1) (PAM)

      Plaintiff,

v.                                                              **MEMORANDUM AND ORDER**

Kenneth Wendell Jones,

      Defendant.

_____

This matter is before the Court on Defendant Kenneth Wendell Jones's Motion for Reconsideration.  (Docket No. 402.)  On April 14, 2026, the Court denied Jones's third motion for compassionate release from custody.  (Docket No. 399.)  Jones asks the Court to revisit that decision.

The Court has determined that compassionate release is not appropriate, and Jones provides no reason for the Court to change its ruling.

Accordingly, **IT IS HEREBY ORDERED that** Defendant Kenneth Wendell Jones's Motion for Reconsideration (Docket No. 402) is **DENIED**.

Dated: <u>May 5, 2026</u>                                    *s/ Paul A. Magnuson*
                                                  Paul A. Magnuson
                                                  United States District Court Judge